# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:24-cr-24 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| DEWAYNE WILLIAMS | ) | Magistrate Judge Dumitru |
| | ) | |

## ORDER

On March 6, 2025, the magistrate judge filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Five of the Indictment; (2) accept Defendant's guilty plea as to Count Five of the Indictment; (3) adjudicate Defendant guilty of Count Five of the Indictment; (4) defer a decision on whether to accept the plea agreement [Doc. 98] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 121]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 121] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Five of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Five of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Five of the Indictment;

4. A decision on whether to accept the plea agreement [Doc. 98] is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **July 24, 2025, at 10:00 a.m. ET** before the undersigned.

**SO ORDERED.**

                                      */s/ Charles E. Atchley, Jr.*
                                      **CHARLES E. ATCHLEY, JR.**
                                      **UNITED STATES DISTRICT JUDGE**